

# OFFICE OF THE ATTORNEY GENERAL OF TEXAS
## AUSTIN

GROVER SELLERS
ATTORNEY GENERAL

Honorable Abner L. Lewis, Member
State Board of Pardons and Paroles
Austin, Texas

Dear Sir:                              Opinion No. O-6857

                                       Re: Whether the porter acting
                                           as Custodian of Files for
                                           the Board of Pardons and
                                           Paroles is entitled to an
                                           increase in salary.

Your request for our opinion on the hereinabove cap-
tioned matter has been received by this department. We quote
from your letter as follows:

        "The negro porter acting as Custodian of
Files for the Board of Pardons and Paroles was
recommended by the Board of Control for a salary
of $864.00 per annum. The same amount was recom-
mended for all porters employed in the Capitol.
When the Budget was acted upon in the House of
Representatives and Senate, it was decided and
the Legislature did increase said salary to
$900.00 per annum. The correction was made on
all porters of the Departments listed except the
porter for the Board of Pardons and Paroles,
which mistake, no doubt, occurred because of the
fact that he was classed as Custodian of Files.

        "It so happens that this porter has had
long service as a porter for the State and, of
course, is entitled to at least as much as any
other porter, if not more, by reason of his
seniority of service. It occurs to the members
of the Board of Pardons and Paroles that this
being purely a technical over-sight, that the
Legislature also intended that his salary should
be $900.00 per annum; otherwise, it would be a
discrimination.

        "The Board will appreciate an opinion and
advice as to how to rectify this discrepancy."

NO COMMUNICATION IS TO BE CONSTRUED AS A DEPARTMENTAL OPINION UNLESS APPROVED BY THE ATTORNEY GENERAL OR FIRST ASSISTANT

Hon. Abner L. Lewis, Page 2

We quote from Senate Bill No. 317, Acts of the 49th Legislature, 1945, Regular Session, (which is the General Appropriation Bill for the executive and administrative departments of the State Government), as follows:

"BOARD OF PARDONS AND PAROLES

| | Salaries | For the Years Ending August 31, 1946 | August 31, 1947 |
|---|---|---|---|
| 1. | Board member | $ 4,200.00 | $ 4,200.00 |
| 2. | Board member | 4,200.00 | 4,200.00 |
| 3. | Board member | 4,200.00 | 4,200.00 |
| 4. | Chief clerk and bookkeeper | 1,980.00 | 1,980.00 |
| 5. | Assistant clerk and secretary | 1,725.00 | 1,725.00 |
| 6. | Stenographer, man qualified as court reporter | 2,400.00 | 2,400.00 |
| 7. | Stenographer, man qualified as court reporter | 1,980.00 | 1,980.00 |
| 8. | Stenographer | 1,553.00 | 1,553.00 |
| 8a. | Stenographer | 1,553.00 | 1,553.00 |
| 9. | Stenographer and recommendation clerk | 1,980.00 | 1,980.00 |
| 10. | Investigator | 1,980.00 | 1,980.00 |
| 11. | Investigator | 1,980.00 | 1,980.00 |
| 12. | Custodian of files | 864.00 | 864.00 |
| | Total Salaries | $30,595.00 | $30,595.00 |

Maintenance and Supplies

| | | | |
|---|---|---|---|
| 13. | Stationery, printing, binding office supplies and miscellaneous expense, contingent | 1,250.00 | 1,250.00 |
| 14. | Postage and box rent | 600.00 | 600.00 |
| 15. | Telephone and telegraph | 350.00 | 350.00 |
| 16. | Traveling expenses | 2,700.00 | 2,700.00 |
| 17. | Office rent | 2,000.00 | 2,000.00 |
| 17a. | Heat | 100.00 | 100.00 |
| | Total Maintenance and Miscellaneous | 7,000.00 | 7,000.00 |
| | GRAND TOTALS, BOARD OF PARDONS AND PAROLES | $37,595.00 | $37,595.00" |

(underscoring ours)

Hon. Abner L. Lewis, page 3

Section 6, Article VIII of the Texas Constitution reads in part as follows:

"<u>No money shall be drawn from the Treasury but in pursuance of specific appropriations made by law</u>; nor shall any appropriation of money be made for a longer term than two years, . . . ." (underscoring ours)

Opinion No. 0-4222-A, written by this department reads in part as follows:

"Your attention is directed to the fact that the Constitution of the State of Texas prohibits money being withdrawn from the Treasury except pursuant to appropriation made by the Legislature, and further that no appropriation shall be made for a longer period than two years. Constitution, Article VIII, Section 6. Under these provisions, it follows that where the Legislature has failed or refused to appropriate moneys for expenditure for particular purposes, the accounting officers of this State have no authority to issue warrants upon the Treasury in payment of expenditures made for such purposes."

A careful reading of the above appropriation Act reveals that the Legislature did not make a specific appropriation for the salary of a porter for the Board of Pardons and Paroles as was done in the instance of the other state departments, but on the contrary it appropriated the sum of ₩864.00 per annum for the salary of the Custodian of files for the Board of Pardons and Paroles.

In view of the foregoing authorities, it is our opinion that when a person acts as Custodian of files for the Board of Pardons and Paroles that he can only receive a maximum salary of ₩864.00 per annum.

Yours very truly,

ATTORNEY GENERAL OF TEXAS

APPROVED OCT 3, 1945

By  J. C. Davis, Jr.

JCD:ATTORNEY GENERAL OF TEXAS

J. C. Davis, Jr.
Assistant



APPROVED
OPINION
COMMITTEE
BY
CHAIRMAN